# EXHIBIT A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTORIA'S SECRET STORES BRAND         :
MANAGEMENT, INC.,                       :
                                        :
                        Plaintiff(s),   :
        v.                              :    No.    14 Civ. 2162   (VSB)
                                        :
ISAAC IMPORTS, INC.,                    :         ORDER AND
                                        :    PERMANENT INJUNCTION
                        Defendant(s).   :
                                        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2015

WHEREAS, Plaintiff Victoria's Secret Stores Brand Management, Inc. ("Victoria's Secret") and Defendant Isaac Imports, Inc. ("Isaac") have agreed to resolve this lawsuit in part by way of entry of the following Consent Judgment and Permanent Injunction.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

1. This is an action for trademark infringement, false designation of origin, unfair competition, trademark dilution, and trade dress infringement pursuant to the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq.*, as well as common law trademark infringement and unfair competition.

2. This Court has jurisdiction over the subject matter in issue based on 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a), as well as 15 U.S.C. § 1121(a). This Court has personal jurisdiction over Victoria's Secret and Isaac. This Court has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction. Venue is also proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c).

3. Victoria's Secret Stores Brand Management, Inc. is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at Three Limited Parkway, Columbus, Ohio 43230.

4. Isaac Imports, Inc. is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1407 Broadway, Suite 1416, New York, New York 10018.

5. Victoria's Secret is well-known throughout the United States and beyond as a source of premium apparel, beauty and personal care products, and related goods and services. In connection therewith, and since at least as early as 2001, Victoria's Secret has used the VICTORIA'S SECRET PINK trademark, and Victoria's Secret has established the PINK trademark as a premier brand that is well-recognized throughout United States and elsewhere. Victoria's Secret has also used the "86" trademark in connection with apparel and related products and services since at least as early as 2005.

6. Victoria's Secret's rights in and to the PINK and 86 trademarks are embodied, in part, in the following valid and enforceable United States Trademark Registrations:

| Registration No. | Mark | Registration Date | Class(es) |
| --- | --- | --- | --- |
| 2,820,380 | VICTORIA'S SECRET PINK | Mar. 2, 2004 | 25 |
| 2,992,758 | VICTORIA'S SECRET PINK | Sept. 6, 2005 | 25 |
| 3,226,760 | VICTORIA'S SECRET PINK | April 10, 2007 | 20, 24 |
| 3,502,263 | VICTORIA'S SECRET PINK | Sept. 16, 2008 | 35 |
| 3,631,914 | SQUEAKY PINK | June 2, 2009 | 3 |
| 3,665,102 | PINK UNIVERSITY | Aug. 4, 2009 | 16, 18, 25 |
| 3,726,618 | PINK ME UP | Dec. 15, 2009 | 3 |
| 3,729,795 | PINK NATION | Dec. 22, 2009 | 35 |
| 3,750,738 | PINK U | Feb. 16, 2010 | 25 |
| 3,782,747 | LIVE PINK | April 27, 2010 | 3 |
| 3,805,362 | LOVE PINK VICTORIA'S SECRET | June 22, 2010 | 25 |

| Registration No. | Mark | Registration Date | Class(es) |
|---|---|---|---|
| 3,840,101 | PINK NATION | Aug. 31, 2010 | 35 |
| 3,853,421 | LIFE IS PINK | Sept. 28, 2010 | 3 |
| 3,883,774 | HOPE PINK | Nov. 30, 2010 | 3 |
| 3,940,420 | Word portion: 1986 PINK NATION VICTORIA'S SECRET | Apr. 5, 2011 | 35 |
| 3,992,764 | VICTORIA'S SECRET PINK | July 12, 2011 | 25 |
| 3,993,100 | I ONLY SLEEP IN PINK | July 12, 2011 | 25 |
| 4,010,593 | ALOHA PINK | Aug. 9, 2011 | 3 |
| 4,061,503 | HOT FOR PINK | Nov. 22, 2011 | 3 |
| 4,061,574 | MAKE ME PINK | Nov. 22, 2011 | 3 |
| 4,061,578 | FOREVER PINK | Nov. 22, 2011 | 3 |
| 4,097,199 | GIVE A LITTLE PINK | Feb. 7, 2012 | 3 |
| 4,097,220 | MERRY MERRY PINK | Feb. 7, 2012 | 3 |
| 4,164,695 | OH WHAT FUN IS PINK | June 26, 2012 | 3 |
| 4,219,269 | PINK BEACH | Oct. 2, 2012 | 3 |
| 4,336,625 | LIFE IS PINK IS LIFE | May 21, 2013 | 35 |
| 3,490,221 | 86 | Aug. 19, 2008 | 25 |
| 3,684,473 | 86 | Sept. 15, 2009 | 20, 24 |

The foregoing trademarks, along with Victoria's Secret's PINK trademark, are referred to herein collectively as the "VS Trademarks."

7. The VS Trademarks are distinctive and famous marks.

8. Victoria's Secret has rights in and to a number of designs as well as the design and overall appearance of certain apparel products which indicate to members of the consuming public that these products are of a high quality originating from Victoria's Secret. Common elements of the designs and lettering that encompass Victoria's Secret rights are attached hereto as **Exhibit A** and by this reference are herein incorporated.

9. Isaac, its officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with any of the foregoing, who receive actual notice of this Consent Judgment and Permanent Injunction, are hereby permanently enjoined from engaging in any of the following activities:

A. manufacturing, advertising, distributing, marketing, promoting, offering for sale, and/or selling any products bearing any of the VS Trademarks or confusing similar marks, unless such products are authorized by Victoria's Secret;

B. manufacturing, advertising, distributing, marketing, promoting, offering for sale, and/or selling any products bearing any of the graphic elements depicted in Exhibit A in connection with the word PINK or in connection with the numbers 80-86, unless such products are authorized by Victoria's Secret;

C. using the VS Trademarks, and/or any other designation that is a colorable imitation of and/or is confusingly similar to the VS Trademarks, in connection with the manufacture, advertising, distribution, marketing, promotion, offering for sale, and/or sale of products neither originating from nor authorized by Victoria's Secret;

D. making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public, or individual members thereof, to believe that any products

manufactured, distributed or sold by Isaac are in any manner associated or sponsored by or connected with Victoria's Secret, or are sold, manufactured, licensed, sponsored, approved, or authorized by Victoria's Secret, or otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such products;

      E.    effecting assignments or transfers, forming new entities, or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (A) through (D); and

      F.    aiding, abetting, contributing to, or otherwise assisting anyone with infringing or diluting the VS Trademarks.

10.    Prior to commencing any litigation or contempt proceedings of any kind, or taking any other action to enforce the terms of this Consent Judgment and Permanent Injunction, Victoria's Secret shall provide written notice to Isaac detailing the factual basis for any allegations by Victoria's Secret that Isaac has violated the terms of this Consent Judgment and Permanent Injunction and/or otherwise engaged in conduct that infringed the VS Trademarks. Isaac shall then have ten (10) business days to respond to the written notice. Thereafter, Victoria's Secret may not initiate litigation and/or contempt proceedings unless Isaac does not voluntarily agree to cease and desist from engaging in the allegedly infringing conduct, including by ceasing to market and sell any accused product.

11.    Notice of this Consent Judgment and Permanent Injunction pursuant to Federal Rule of Civil Procedure 65 shall be effective by mailing of a copy of this Order to Isaac at 1407 Broadway, Suite 1416, New York, New York 10018. It is not necessary for Isaac to sign any form of acknowledgement of service.

12. Each party to pay its own costs and fees.

**IT IS SO ORDERED:**

Dated: October 27, 2015

By: *[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge

   

 

 

